**STATE v. COOK**

[359 N.C. 185 (2004)]

STATE OF NORTH CAROLINA v. JAMES ALLEN COOK

No. 272A04

(Filed 17 December 2004)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 164 N.C. App. 139, 594 S.E.2d 819 (2004), finding no error in the judgments entered by Judge John O. Craig, III on 16 December 2002 in Superior Court, Guilford County, upon a jury verdict finding defendant guilty of felony possession of cocaine and two counts of assault with a deadly weapon on a government official. Heard in the Supreme Court 7 December 2004.

*Roy Cooper, Attorney General, by John P. Barkley, Assistant Attorney General, for the State.*

*Lynne Rupp for defendant-appellant.*

PER CURIAM.

AFFIRMED.